HERMAN H. HARR, *ET AL.*, PLAINTIFFS-PETITIONERS, CROSS - RESPONDENTS, v. ALLSTATE INSURANCE COMPANY, DEFENDANT-RESPONDENT, CROSS-PETITIONER.

*Messrs. Feuerstein & Sacks* and *Mr. Allan Maitlin* for the petitioners, cross-respondents.

*Messrs. Gaffey, Webb & McDermott* and *Mr. Louis Ruprecht* for the respondent, cross-petitioner.

July 8, 1968. Granted.

EMMA M. CEREMSAK, *ET AL.*, PLAINTIFFS-PETITIONERS, v. STEPHEN J. KOPALSKI, DEFENDANT-RESPONDENT.

*Mr. Kenneth E. Joel* for the petitioners.

*Mr. Philip Blacher* for the respondent.

July 8, 1968. Denied.

VIRGINIA DE LORENZO, PLAINTIFF-PETITIONER, v. BOARD OF REVIEW, DIVISION OF EMPLOYMENT SECURITY, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Kapelsohn, Lerner, Leuchter & Reitman* for the petitioner.

*Mr. Edward A. Kaplan* for the respondent.

July 8, 1968. Granted.